IN RE INSURANCE DEPOT

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-02-088-CV

IN RE RELATOR

INSURANCE DEPOT

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)

------------

On April 21, 2003, this court abated this original proceeding to allow the successor judge to reconsider the original judge’s complained-of order.  
See
 
Tex. R. App. P.
 7.2(b); 
Lunsford v. Morris, 
746 S.W.2d 471, 471 n.1 (Tex. 1988) (orig. proceeding)
; State v. Olsen, 
163 Tex. 449, 360 S.W.2d 402, 403 (1962) (orig. proceeding)
.  On April 22, relator filed a Motion to Dismiss Petition For Writ of Mandamus, asserting that the issues raised in this original proceeding are moot because the parties have settled.  
See 
Tex. R. App. P.
 42.1(a)(1).  It is our opinion that the motion should be granted.  Therefore, we withdraw our abatement order, grant the motion to dismiss, and dismiss this original proceeding.  
See 
Tex. R. App. P.
 42.1(a)(1).

ANNE GARDNER

JUSTICE

PANEL A: CAYCE, C.J.; DAY and GARDNER, JJ.

DELIVERED:  May 8, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 
47.4.